Cite as 2022 Ark. 40

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS BOARD OF LAW EXAMINERS

**Opinion Delivered:** February 17, 2022

**PER CURIAM**

Blake Clardy of Springdale is appointed to the Arkansas Board of Law Examiners for a six-year term concluding on February 17, 2028. Mr. Clardy will be a representative of the Third Congressional District and replaces Christopher May, whose term has expired.

The Court extends its sincere appreciation to Mr. Clardy for accepting appointment to this important board. The Court also expresses its gratitude to Mr. May for his dedicated service to the board.